## STATE v. NELLY JACK.

Court of Quarter Sessions. Sussex. 1802.

*Rodney's Notes.*

Benjamin Prettyman. On September 12, at Lacey's Meeting, my wife took off a riding gown and put it on the fence. When we came out the gown was gone, and we found it a day or two afterwards at Mrs. Warren's. The sleeves were cut off. The gown produced; witness says is the same.

Rachel Warren, sworn. Nelly Jack brought the gown to my house Tuesday. She came to my house Sunday from meeting with my daughter. Had no gown with her then. She said it was a gown she bought, had it on when she came to my house.

Noble Knawwood, produced. Objection that he is a mulatto, therefore not competent; in support of which the Act of 1799 was produced. Court overruled the objection. Witness sworn. He saw Nelly with a gown on her arm carrying along publicly. I don't think this looks like it. She went towards the company with it.

*Robinson* for State.

*Mr. Wilson.* *Robinson* in conclusion.

Verdict, guilty. To pay $8, to be whipped with ten lashes on your bare back well laid on at the public whipping-post of this county, between the hours of 2 and 4 o'clock of this day, that you wear a Roman T, etc., that you pay the costs of this prosecution, and be committed to the public jail till the judgment of the Court be complied with on this November 18. 1 Del.Laws 296.